UNITED STATES DISTRICT COURT FOR THE Western District of North Carolina

FILED
CHARLOTTE, NC

AUG 17 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Anna Connolly

VS

COMPLAINT

3:26-cv-677-MOC

Hector LaSalle, Rowan Wilson,
Genine Edwards, Ramzi Kassem,
Brian Gotlieb, Dianisbeth Acquie,
Carmen A. Pacheco, Joy Campanelli,
Kevin S. Parker, Vanessa Fang,
Kevin Mcclanahan, Jill Soffiyah Elijah,
Stefano Cambareri, Michael Rosenthal,
Tanya Faye, Andrea Stewart - Cousins,
Patricia Canzoneri-Fitzpatrick, Wavny Toussaint

The defendant created a hostile working environment.

So it should be held liable for its wrongdoings.

And the damage will be determined at trial.

BY Anna Connolly